IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL V. GARDNER                                              PLAINTIFF

v.                                    Civil No. 4:19-cv-04068

CORPORAL SMITH, Miller County
Detention Center ("MCDC"); CAPTAIN GOLDEN
ADAMS, MCDC; and WARDEN WALKER, MCDC                            DEFENDANTS

## ORDER

On December 3, 2019, Plaintiff filed what he entitled an "Award Requested For Summary Judgment".  The pleading was docketed as a Motion for Summary Judgment.  (ECF No. 29). However, Plaintiff did not identify any claim upon which he is seeking summary judgment as required by Federal Rule of Civil Procedure 56.  Instead Plaintiff asks for monetary judgment for medical and incidental expenses, general damages, mental pain and anguish and emotional distress, punitive damages, prejudgment interest, and attorney and expert fees.  (ECF No. 29).

The Court finds (ECF No. 29) is not a motion for summary judgment but is instead an attempt to supplement Plaintiff's prayer for relief in his Amended Complaint.  Accordingly, **the Clerk is DIRECTED to change the docket to reflect (ECF No. 29) as a Supplement to Plaintiff's Amended Complaint.**

**DATED this 4th day of December 2019**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE