IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL V. GARDNER                                                    PLAINTIFF

v.                              Civil No. 4:19-cv-04068

CORPORAL SMITH, Miller County
Detention Center ("MCDC"); CORPORAL
HINDERSON, MCDC; CAPTAIN GOLDEN
ADAMS, MCDC; and WARDEN WALKER, MCDC                                  DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Join Parties. (ECF No. 30).

A review of the pleading reveals Plaintiff is seeking to submit an affidavit/deposition from an individual named K. Ashley who procured a cane for Plaintiff on or about November 10, 2019. *Id.* at p. 4. The motion has nothing to do with joining parties to the instant civil rights litigation. Plaintiff is advised he is not to submit evidence to the Court unless it is in support of a motion or for purposes of trial.

Accordingly, Plaintiff's Motion to Join Parties (ECF No. 30) is **DENIED.**

IT IS SO ORDERED this 4th day of December 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE